1    Mohinder S. Mann
The Mann Law Firm
2    1027 West Taylor Street
San Jose, CA. 95126
3    Tel: 408-287-1600
Fax: 408-287-1639
4    Email:mann@themannlawfirm.com

5    Attorneys for Plaintiff

6            **UNITED STATES DISTRICT COURT**

7            **EASTERN DISTRICT OF CALIFORNIA**

8

9    PENU NUUFOLAU; T.E.N, a minor, by    Case No. 1:17-CV-00068-AWI-BAM
      and through Guardian ad Litem – Penu
10   Nuufolau;   T.T.N, a minor, by and       **PLAINTIFF'S NOTICE OF**
      through Guardian ad Litem – Penu        **VOLUNTARY DISMISSAL**
11   Nuufolau;  AMIULA FLAKE; each         **WITHOUT PREJUDICE**
      individually and as successors-in-interest   **PURSUANT TO FEDERAL RULE**
12   to Siolosega Nuufolau, deceased;        **OF CIVIL PROCEDURE 41(a)(1)**

13

14           Plaintiffs,                Hon. Barbara A. McAuliffe

15           vs.

16

17   COUNTY OF MERCED, ROBERTO J.
      TORRES and DOES 1-10, inclusive,
18

          Defendants.
19

20

21

22

23

24

25

26

27

28
                                -1-

1    **PLEASE TAKE NOTICE** that Plaintiffs PENU NUUFOLAU; T.E.N, a

2  minor, by and through Guardian ad Litem – Penu Nuufolau;   T.T.N, a minor, by

3  and through Guardian ad Litem – Penu Nuufolau;  and AMIULA FLAKE

4  ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby

5  voluntarily dismisses all claims in this action *without prejudice* as to Defendants

6  COUNTY OF MERCED and ROBERTO J. TORRES with each party bearing its

7  own costs and fees.

8        Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

9        (a) Voluntary Dismissal.

10            (1) By the Plaintiff.

11                (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2,

12                and 66 and any applicable federal statute, the plaintiff may

13                dismiss an action without a court order by filing:

14                    (i) a notice of dismissal before the opposing party serves

15                    either an answer or a motion for summary judgment

16                    *          *          *

17        Defendants have neither answered Plaintiff's Complaint, nor filed a motion

18  for summary judgment. Accordingly, this matter may be dismissed without

19  prejudice and without an Order of the Court.

20

21  DATED: April 17, 2017              THE MANN LAW FIRM

22

23

24                                  By: */s/ Mohinder S. Mann*              .

25                                  Mohinder S. Mann
                                    Attorney for Plaintiffs
26

27

28

-2-